UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOANN PERRY** | * | **CASE NO. 13-05897** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **TARGET CORPORATION, ABC** | * | **JUDGE HELEN G. BERRIGAN** |
| **EMPLOYEE AND XYZ INSURANCE** | * | **MAGISTRATE JUDGE KAREN** |
| **WELLS ROBY** | | |
| **COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Motion to Dismiss;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

SO ORDERED, RENDERED AND SIGNED this the 31st day of      March      , 2015.

_____
JUDGE

1